COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

EX PARTE: JOSE MANUEL GUZMAN    §

§

§

§

No. 08-11-00149-CR

Appeal from the

County Court at Law No. 2

of El Paso County, Texas

(TC# 20060C10913)

## **MEMORANDUM OPINION**

Appellant filed a notice of appeal from an order dated March 24, 2011, which denied his application for a writ of habeas corpus. Because it appeared that entry of the order may have been a clerical error, we abated the appeal and remanded the matter for the trial court to determine whether a clerical error was made, and if so, to make *nunc pro tunc* entries or orders necessary to correct the error. On remand, the trial court withdrew the March 24th order. We reinstated the appeal and requested that the parties file letters briefs addressing whether the appeal is moot. No letter briefs have been submitted, and the deadline for submitting the briefs has passed.

This appeal is moot due to the withdrawal of the order being appealed. Accordingly, the appeal is dismissed. *See Hubbard v. State*, 841 S.W.2d 33, 33 (Tex.App.--Houston [14th Dist.] 1992, no pet.).

November 21, 2011

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)